UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

ANDRESIA DIGGS, *et al.*,          *

    Plaintiffs,          *

v.          *   Civil Action No. CCB 98-1605

THE HOUSING AUTHORITY OF          *
THE CITY OF FREDERICK, *et al.*,
         *

    Defendants.

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Leave to Amend Complaint, the Second Amended Complaint, and red-lined version of the Second Amended Complaint it is this 14 day of October, 1999, by the United States District Court for the District of Maryland, Northern Division,

ORDERED, that Plaintiff's Motion for Leave to Amend is GRANTED.

_____
Catherine C. Blake, Judge
United States District Court
  for the District of Maryland

