UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

OCT 27 1999

| | |
|---|---|
| ANDRESIA DIGGS, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. CCB 98-1605 |
| THE HOUSING AUTHORITY OF THE CITY OF FREDERICK, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Lauren E. Willis as co-counsel for the Plaintiffs in this case.

Respectfully submitted,

*/s/ Lauren E. Willis*

Daniel F. Goldstein (Federal Bar No. 01036)
Lauren E. Willis (Federal Bar No. 23831)
Brown, Goldstein & Levy, LLP
300 Maryland Bar Center
520 West Fayette Street
Baltimore, Maryland 21201
(410) 659-0717

Attorneys for Plaintiffs

FILED LODGED ENTERED RECEIVED
OCT 28 1999
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

"Approved" THIS 28 DAY OF October, 1999

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October 1999, a copy of the foregoing Notice of Withdrawal of Appearance was mailed, first class, postage prepaid, to Shirlie Norris Lake, Esq., Eccleston & Wolf, 7th Floor -- Scarlett Place, 729 East Pratt Street, Baltimore, Maryland 21202, Kevin O'Connell, Esq., O'Connell & O'Connell, 401 East Jefferson Street, Suite 204 Rockville, Maryland 20850, Pamela Bresnahan, Esq., Vorys, Sater, Seymour and Pease, 1828 L. Street, N.W. Suite 1111, Washington, DC 20036-5109, and John Quinn, Esq., Quinn, McAuliffe, Rowan & Falconer, 204 Monroe Street, Suite 109, Rockville, Maryland 20850.

*Lauren E. Willis*
Lauren E. Willis