UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

FEB 4 2000

February 3, 2000

Daniel F. Goldstein, Esquire
Brown, Goldstein & Levy
300 Maryland Bar Center
520 West Fayette Street
Baltimore, Maryland 21201

Daniel Q. Mahone, Esquire
235 West Patrick Street
Frederick, Maryland 21701

Nina Shore, Esquire
Legal Aid Bureau, Inc.
203A Broadway
Frederick, Maryland 21701

Deborah M. Thompson, Esquire
Monique L. Dixon, Esquire
Public Justice Center
500 E. Lexington Street
Suite 500E
Baltimore, Maryland 21202

Shirlie Norris Lake, Esquire
Hamilton Tyler, Esquire
Eccleston & Wolf
7th Floor, Scarlette Place
729 East Pratt Street
Baltimore, Maryland 21202

Pamela A. Bresnahan, Esquire
Steven Becker, Esquire
Vorys, Sater, Seymour & Pease
1828 L Street, N.W., Suite 1111
Washington, D.C. 20036-5109

John M. Quinn, Esquire
Heather Mulloy, Esquire
Quinn, McAuliffe, Rowan & Falconer
204 Monroe Street, Suite 109
Rockville, Maryland 20850

Kevin J. O'Connell, Esquire
Alexander Francuzenko, Esquire
O'Connell & O'Connell
401 E. Jefferson Street
Suite 204
Rockville, Maryland 20860

Re: Andresia Diggs, et al. v. The Housing Authority of the City of Frederick, et al.
Civil Action No. CCB-98-1605

Dear Counsel:

This will confirm that a continuation of the settlement conference in this case will be held at 9:30 a.m. on February 28, 2000.



Counsel of Record
February 3, 2000
Page 2

    Thank you for your continued cooperation.

                                        Very truly yours,

                                        Beth P. Gesner
                                        United States Magistrate Judge

cc: Court file
    Judge Blake