UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)



|  |  |
|---|---|
| ANDRESIA DIGGS, *et al.* | * |
|  | * |
| Plaintiffs, | * |
| v. | Civil Action No. CCB 98-1605 |
|  | * |
| THE HOUSING AUTHORITY OF THE CITY OF FREDERICK, *et al.* | * |
|  | * |
| Defendants. |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Monique L. Dixon as co-counsel for the Plaintiffs in this case.

Respectfully submitted,

_____
Deborah M. Thompson
(Federal Bar No. 23022)
Monique L. Dixon
(Federal Bar No. 25126)
Public Justice Center, Inc.
500 East Lexington Street
Baltimore, Maryland 21201
(410) 625-9409

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February 2000, a copy of the foregoing Notice of Withdrawal of Appearance was mailed, first class, postage prepaid, to Shirlie Norris Lake, Esq., Eccleston & Wolf, 7th floor – Scarlett Place, 729 East Pratt Street, Baltimore, Maryland 21202, Kevin O'Connell, Esq. O'Connell & O'Connell, 401 East Jefferson Street, Suite 204 Rockville, Maryland 20850, Pamela Bresnaham, Esq., Vorys, Sater, Seymour and Pease, 1828 L Street, N.W. Suite 1111, Washington, D.C. 20036-5109, and John Quinn, Esq., Quinn, McAuliffe, Rowan & Falconer, 204 Monroe Street, Suite 109, Rockville, Maryland 20850.

_____
Monique L. Dixon