```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

ANDRESIA DIGGS, et al.,          :

        Plaintiffs      :
                         :
        v.               :   Civil Action No. CCB 98-1605
                         :
THE HOUSING AUTHORITY OF         :
THE CITY OF FREDERICK, et al.    :
                         :
        Defendants.      :

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel and pursuant to Fed. R. Civ. P. 42, stipulate and agree that, except as otherwise ordered in the Consent Decree, all claims in the above-referenced lawsuit shall be and are hereby dismissed with prejudice. The parties further stipulate and agree that each side shall bear its own costs and fees, except as otherwise may be agreed in the parties' Settlement Agreement and General Release.


_____          _____
Daniel F. Goldstein                         Nina Shore
Brown, Goldstein & Levy, LLP                Legal Aid Bureau, Inc.
300 Maryland Bar Center                     21 W. South Street
520 West Fayette Street                     Frederick, Maryland  21701
Baltimore, Maryland  21201


_____          _____
Deborah Gardner                             John M. Quinn
Public Justice Center, Inc.                 204 Monroe Street
500 East Lexington Street                   Suite 109
Baltimore, Maryland  21202                  Rockville, Maryland  20850

_____  
Deborah Borden, Asst. City Attorney  
The City of Frederick  
101 North Court Street  
Frederick, Maryland  21701

_____  
Daniel Q. Mahone  
235 West Patrick Street  
Frederick, Maryland  21701

_____  
Kevin J. O'Connell  
Alexander Francuzenko  
O'Connell & O'Connell  
401 East Jefferson Street  
Suite 204  
Rockville, Maryland  20850

_____  
Shirlie Norris Lake  
Eccleston & Wolf, P.C.  
7th Floor - Scarlett Place  
729 East Pratt Street  
Baltimore, Maryland 21202

_____  
Pamela A. Bresnahan  
Steven R. Becker  
Vorys, Sater, Seymour and Pease LLP  
1828 L Street, N.W.  
Suite 1111  
Washington, D.C.  20036-5109

Approved  
CCB  
USDJ  12/1/00